PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SCOTT E. CARON, State Bar No. 227871
scaron@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, CA 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818)-545-1937

Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

FILED
CLERK, U.S. DISTRICT COURT
SEP 10 2008

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual, on his behalf and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, et al.,<br><br>Defendants. | Case No. CV 05-5525 AHM (SHx)<br><br>Honorable A. Howard Matz<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES AND LOS ANGELES COUNTY SHERIFF'S DEPARTMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 54(b) |

On October 23, 2006, the Court entered an order summarily adjudicating Plaintiff JEROME LESLIE CLEMMONS' claim under 42 U.S.C. § 1983 in favor of Defendants COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and against Plaintiff JEROME LESLIE CLEMMONS. On June 19, 2008, the United States Court of Appeals for the Ninth Circuit ordered that Plaintiff's remaining causes of action arising under state law be dismissed. The order of the Ninth Circuit became final on August 27, 2008 and the mandate issued to this Court on that date.

Clemmons/ [Proposed] Judgment

1      The Court hereby determines, pursuant to Rule 54(b) of the Federal Rules of
2 Civil Procedure, that there is no just reason for delay in entering full and final
3 judgment in favor of Defendants COUNTY OF LOS ANGELES and LOS
4 ANGELES COUNTY SHERIFF'S DEPARTMENT and against Plaintiff JEROME
5 LESLIE CLEMMONS.
6      Accordingly, IT IS HEREBY ADJUDGED AND ORDERED that judgment
7 shall be entered in favor of Defendants COUNTY OF LOS ANGELES and LOS
8 ANGELES COUNTY SHERIFF'S DEPARTMENT and against Plaintiff JEROME
9 LESLIE CLEMMONS.  Defendants COUNTY OF LOS ANGELES and LOS
10 ANGELES COUNTY SHERIFF'S DEPARTMENT shall be entitled to costs of suit
11 incurred herein pursuant to Local Rule 54-1.

13 DATED: September 10, 2008

                                             HONORABLE A. HOWARD MATZ
                                             United States District Judge

16 Respectfully Submitted by:
17 LAWRENCE BEACH ALLEN & CHOI, PC

19 By_____
20      Paul B. Beach
      Scott E. Caron
21 Attorneys for Defendants
22 COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY SHERIFF'S
23 DEPARTMENT

Clemmons/ [Proposed] Judgment