1  **ROBERT MANN**, CSB 48293
   **DONALD W. COOK**, CSB 116666
2  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA  90010
   doncook@earthlink.net
4  Telephone: (213) 252-9444; Fax: (213) 252-0091

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  JEROME LESLIE CLEMMONS, an          Case No. CV05-5525 AHM
12  individual, on his behalf and as class    (SHx)
    representative,
13                                            **PLAINTIFF'S *EX PARTE***
                  Plaintiff,                  **APPLICATION TO SET**
14                                            **MATTER FOR STATUS**
    vs.                                       **CONFERENCE;**
15                                            **DECLARATION OF**
    CITY OF LONG BEACH, a municipal           **DONALD W. COOK**
16  corporation; LONG BEACH POLICE
    DEPARTMENT, a local public entity;
17  COUNTY OF LOS ANGELES, a local
    public entity, LOS ANGELES
18  SHERIFF'S DEPARTMENT, a local
    public entity; ANTHONY W. BATTS;
19  Long Beach Officers SKEEN (#6060),
    MARTIN (#7123), VANDEN BOSCH
20  (#006064), and DOES 1 through 10,

21                Defendants.

22

23     TO THE HON. A. HOWARD MATZ, UNITED STATES DISTRICT JUDGE:

24     COMES NOW plaintiff Jerome Leslie Clemmons, requesting that the Court set this

25  matter for a status conference. As explained in the attached declaration of counsel,

26  apparently through inadvertence the district court clerk's office has classified this matter

27  as a terminated or closed case, which it is not. The Long Beach defendants, the only

28

                              -1-                        00037026.WPD

remaining defendants, do not oppose this application.

DATED: October 10, 2008

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiff

By_____
Donald W. Cook

00037026.WPD

# DECLARATION OF DONALD W. COOK

I, DONALD W. COOK, declare:

1. I am one of the attorneys representing plaintiffs. I am also the trial attorney.

2. Mr. Clemmons sued under federal and state law, alleging he was wrongfully imprisoned on a warrant meant for another person. Defendants divide into two groups: the Long Beach defendants (City of Long Beach and its officers), and the County defendants (County of Los Angeles, Los Angeles County Sheriff's Department).

3. In November 2006, the County defendants filed an interlocutory appeal from this Court's order denying them summary judgment on plaintiff's state law claims. Consequently, by order filed November 17, 2006, the Court vacated the existing trial and pretrial dates.

4. The County defendants prevailed on appeal. So pursuant to the Ninth Circuit's decision, this Court, on September 11, 2008, entered a F.R.Cv.Proc. 54(a) judgment in the County defendants' favor. That judgment, of course, terminated the case as against the County defendants *only*.

5. The clerk's office, however, still classifies this case as a closed or terminated case, which it is not. Plaintiffs' claims against the Long Beach defendants have never been tried, and remain to be tried. The Long Beach defendants have never moved for summary judgment, nor have any of the claims against them been dismissed. (It is my belief that a motion for summary judgment by these defendants would lack merit for the Long Beach defendants cannot avail themselves of the defenses successfully raised by the County defendants.)

6. Therefore, plaintiff requests that the Court set a status conference at which time the Court can set the matter for pretrial and trial, as against the Long Beach defendants, the only remaining defendants.

///

00037026.WPD

**Re Notice:**

7. By letter delivered via e-mail and facsimile on October 9, 2008, I informed defense counsel of the instant *ex parte* application. Counsel responded by stating that he did not oppose the application. See **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.  Executed October 10, 2008, at Los Angeles, California.

_____
Donald W. Cook

-4-

00037026.WPD



# OFFICE OF THE CITY ATTORNEY
*Long Beach, California*



**ROBERT E. SHANNON**
*City Attorney*

**HEATHER A. MAHOOD**
*Chief Assistant City Attorney*

**MICHAEL J. MAIS**
*Assistant City Attorney*

PRINCIPAL DEPUTIES

Barbara D. de Jong
Dominic Holzhaus
Belinda R. Mayes
J. Charles Parkin

DEPUTIES

Gary J. Anderson
Richard F. Anthony
Amy R. Burton
Christina L. Checel
Lori A. Conway
Randall C. Fudge
Charles M. Gale
Monte H. Machit
Anne C. Lattime
Barry M. Meyers
Cristyl Meyers
Howard D. Russell
Tiffani L. Shin

October 10, 2008

**<u>VIA FAX ONLY</u>**
Donald W. Cook, Esq.
3435 Wilshire Boulevard
Suite 2900
Los Angeles, CA 90010

RE:   *Jerome Leslie Clemmons vs. City of Long Beach*
Case No.:      CV05-5525 AHM  (SHx)
Our File No.:  10890

Dear Mr. Cook:

Thank you for yours of October 9, 2008 concerning your ex-parte application. Please be advised that Ms. Mayes has retired from the City Attorney's office and I will be handling this case through trial. Accordingly, I did not see yesterday's fax until this morning.

That being said, I have no objection to asking the Court to schedule a status conference. Best regards.

Very truly yours,

ROBERT E. SHANNON, City Attorney

By:   Monte H. Machit,
      Principal Deputy City Attorney

MHM:lvs

I:\apps\ctylaw32\wpdocs\d013\p007\00139254.doc

**Defense counsel's 10/10/08 letter  -5-**                          **EXHIBIT A**