1  **ROBERT MANN**, CSB 48293
   **DONALD W. COOK**, CSB 116666
2  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA  90010
   doncook@earthlink.net
4  Telephone: (213) 252-9444; Fax: (213) 252-0091

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual, on his behalf and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, etc., et al.,<br><br>Defendants. | Case No. CV05-5525 AHM (SHx)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION AND SETTING MATTER FOR STATUS CONFERENCE** |

Upon plaintiff's *ex parte* application, no opposition thereto and good cause appearing, IT IS HEREBY ORDERED that the above matter be set for a status conference on  November 3, 2008, at 1:30 p.m., in Courtroom 14.

DATED: October 20, 2008

_____
**HON. A. HOWARD MATZ**
United States District Judge

-1-