**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010

(213) 252-9444 phone / (213) 252-0091 fax
e-mail: manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a local public entity; COUNTY OF LOS ANGELES, a local public entity, LOS ANGELES SHERIFF'S DEPARTMENT, a local public entity; ANTHONY W. BATTS; Long Beach Officers SKEEN (#6060), MARTIN (#7123), VANDEN BOSCH (#006064), and DOES 1 through 10,<br><br>Defendants. | Case No. CV 05-5525 AHM (SHx)<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Pretrial:  1/26/09<br>Time:    11:00 a.m.<br>Ctrm:    14<br><br><br>Trial date:  2/10/09<br>Time:    8:00 a.m.<br>Place:    Ctrm. 14 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff submits his list of witnesses excluding those who may be called for impeachment or rebuttal.

///

-1-

00015767.WPD

1  DATED: January 11, 2009

2                         **ROBERT MANN**
                         **DONALD W. COOK**
3                        Attorneys for Plaintiff

4

5                  By_____

6                              Donald W. Cook

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00015767.WPD

1.  Jerome L. Clemmons

2.  Michael June

3.  Kevin M. Skeen

4.  Steven Vanden Bosch

5.  Long Beach Officer Martin

6.  John Fairley

7.  Richard Barrantes

8.  Dennis Cross

9.  Randall Perry

10. Cheryl Masse

11. Joseph Reid

12. Ryan Ford

13. Anthony W. Batts

14. Custodian of Records, Los Angeles Superior Court

15. Custodian of Records, California Department of Justice

16. Custodian of Records, Los Angeles County

17. Custodian of Records, Los Angeles County Sheriff's Department

18. Custodian of Records, City of Long Beach

19. Custodian of Records, Long Beach Police Department

00015767.WPD