ROBERT E. SHANNON, City Attorney
MONTE H. MACHIT, Principal Deputy City Attorney
State Bar No. 140692
333 West Ocean Boulevard
Long Beach, California 90802-4664

Telephone: (562) 570-2200

Attorneys for Defendants, CITY OF LONG BEACH, LONG BEACH POLICE DEPARTMENT, ANTHONY W. BATTS, OFFICER K. SKEEN, OFFICER S. VANDEN BOSCH, and M. MARTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual, on his behalf and as class representative,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a local public entity; COUNTY OF LOS ANGELES, a local public entity, LOS ANGELES SHERIFF'S DEPARTMENT, a local public entity; ANTHONY W. BATTS, an individual; Long Beach Officers SKEEN (#6060), MARTIN (#7123), VANDEN BOSCH (#006064), and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. CV05-5525 AHM (SHx)<br><br>**DEFENDANTS CITY OF LONG BEACH WITNESS LIST**<br><br>FPTC Date: January 26, 2009<br>Time: 11:00 a.m.<br>Courtroom: 14<br><br>Trial Date: February 19, 2009<br>Time: 8:00 a.m.<br>Ctrm: 14 |

　　　　Defendants, CITY OF LONG BEACH, a municipal corporation, and individually named Long Beach Police Chief Anthony Batts, Officer K. Skeen, Officer S. Vanden Bosch, and M. Martin hereby present the following list of witnesses that may be called at trial. Defendants reserve their right to call rebuttal or impeachment witnesses, or to call witnesses listed on the parties respective lists:

1

| WITNESS | NATURE OF TESTIMONY |
|---|---|
| Jerome Clemmons | Plaintiff |
| Anthony Batts | Police chief - Defendant |
| Kevin Skeen | Police officer - Defendant |
| Steven Vanden Bosch | Police officer - Defendant |
| Margaret Martin | Civilian police admin. - Defendant |
| Ryan Ford | Ret. Police Sgt. - percipient witness |
| Cheryl Lyn Masse | County PMK - percipient witness |

DATED:   November 6, 2006,

ROBERT E. SHANNON, City Attorney

By _____
MONTE H. MACHIT,
Principal Deputy City Attorney
Attorneys for Defendants CITY OF LONG BEACH,
BATTS, SKEEN, MARTIN and VANDEN BOSCH

Robert E. Shannon
City Attorney of Long Beach
333 West Ocean Boulevard
Long Beach, California 90802-4664
Telephone (562) 570-2200