1  **ROBERT MANN**, CSB 48293
   **DONALD W. COOK**, CSB 116666
2  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA  90010
   doncook@earthlink.net
4  (213) 252-9444; (213) 252-0091 facsimile

5  Attorneys for Plaintiff

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JEROME LESLIE CLEMMONS, an<br>individual, | Case No. CV05-5525 AHM<br>(SHx) |
| 12                        Plaintiff, | **PRE-TRIAL EXHIBIT** |
| 13 | **STIPULATION** |
| 14  vs. | Pretrial date: 1/26/09 |
| 15  CITY OF LONG BEACH, a municipal<br>corporation; LONG BEACH POLICE | Time: 11:00 a.m.<br>Ctrm: 14 |
| 16  DEPARTMENT, a local public entity;<br>COUNTY OF LOS ANGELES, a local | Trial date: 2/10/09 |
| 17  public entity, LOS ANGELES SHERIFF'S<br>DEPARTMENT, a local public entity; | Time: 8:00 a.m.<br>Ctrm: 14 |
| 18  ANTHONY W. BATTS; Long Beach<br>Officers SKEEN (#6060), MARTIN | |
| 19  (#7123), VANDEN BOSCH (#006064),<br>and DOES 1 through 10, | |
| 20 | |
| 21                        Defendants. | |

22

23

24

25

26

27

28

00039504.WPD

1  TO THE HON. A. HOWARD MATZ, UNITED STATES DISTRICT JUDGE:

2       Pursuant to the Court's Scheduling Order, the parties submit their Pre-Trial Exhibit

3  Stipulation.

4  DATED: January 12, 2009

5
6                              **ROBERT MANN**
                                **DONALD W. COOK**
                                Attorneys for Plaintiff

7
8       By_____

9                              Donald W. Cook

10  DATED: January 12, 2009

11
                              **ROBERT E. SHANNON, City Attorney**
12                              Attorneys for Defendants
                                CITY OF LONG BEACH, BATTS,
13                              SKEEN, MARTIN and VANDEN BOSCH

14
15      By_____

16                              Monte Machit
                                Deputy City Attorney

17

18

19

20

21

22

23

24

25

26

27

28

00039504.WPD

| No. | Description | Grounds for Obj. | Response |
|---|---|---|---|
| | *Plaintiff's Exhibits* | | |
| 1. | LASD AJIS computer printout re Jerome Clemmons | | |
| 2. | LA County Booking & Property Record (2 pages) | | |
| 3. | Long Beach property receipt signed by Jerome L. Clemmons | | |
| 4. | Jerome Clemmons Disabled Identification | | |
| 5. | CWS Warrant Abstract re James Clemmons | | |
| 6. | Long Beach 6/28/04 CAD printout | | |
| 7. | Fingerprint Card - Jerome Clemmons | | |
| 8. | 6/28/04 CLETS printout re Jerome L. Clemmons | | |
| 9. | CII Printout re Jerome L. Clemmons | *Plaintiff:* If offered by defendants, F.R.E. 403 | |
| 10. | Probation Report filed 7/19/04 | | |
| 11. | Long Beach Training Bulletin | | |
| 12. | Jerome Clemmons' LA County booking jacket | | |

| No. | Description | Grounds for Obj. | Response |
|-----|-------------|------------------|----------|
| 13. | LA County Disputed Warrant Verification Logs | *Plaintiff:* Will not be offering this exhibit since Los Angeles County is no longer a defendant | |
| 14. | LA County AJIS print-out for WDEF releases | *Plaintiff:* Will not be offering this exhibit since Los Angeles County is no longer a defendant | |
| 15. | 7/19/04 Superior Court Minute Order | | |
| 16. | CCHR Jerome Leslie Clemmons | *Plaintiff:* If offered in its entirety by defendants, F.R.E. 402, 403. Portions of it are relevant, however. | |
| 17. | CCHR James Clemmons | | |
| 18. | CII Printout re James Clemmons | | |
| | *Long Beach Exhibits* | | |
| 201. | Unit History - calls for service | | |
| 202. | Long Beach Arrest Report | | |
| 203. | Long Beach Booking & Property Record | | |
| 204. | Warrant Abstract | | |

00039504.WPD

| No. | Description | Grounds for Obj. | Response |
|---|---|---|---|
| 205. | Long Beach Booking/Record Form | | |
| 206. | Court Docket dated 6/28/04 and 7/19/04 | *Plaintiff*: F.R.E. 402, 403. | Relevant to the elements of false imprisonment; relevant to the reasonableness of Plaintiff's confinement; relevant to the lawful nature of Plaintiff's detention; relevant to good faith defense to Plaintiff's tort claims; relevant to mitigation of damages; relevant to Plaintiff's presence in court on June 28, 2004. *Hernandez v. Sheahan*, 455 F.3d 772, 776 (7th Cir. 2006). *Plaintiff's response*: It is undisputed that the superior court was not charged with the responsibility of determining if the person in custody was the warrant's subject; that responsibility rested with plaintiff's jailers. Defendants are attempting to shift blame to a non-party, the superior court, for plaintiff's wrongful incarceration when as a matter of law the superior court |

| No. | Description | Grounds for Obj. | Response |
|-----|-------------|------------------|----------|
| | | | did not have responsibility for identifying plaintiff. |
| 207. | Remand Order of Superior Court | *Plaintiff*: F.R.E. 402, 403. | Relevant to the elements of false imprisonment; relevant to the reasonableness of Plaintiff's confinement; relevant to the lawful nature of Plaintiff's detention; relevant to good faith defense to Plaintiff's tort claims; relevant to mitigation of damages; relevant to Plaintiff's presence in court on June 28, 2004. *Hernandez v. Sheahan*, 455 F.3d 772, 776 (7th Cir. 2006).<br><br>*Plaintiff's response:* see discussion under Exhibit 206. |
| 208. | 2004 Disputed warrant Log Book | *Plaintiff*: F.R.E. 402, 403. The County defendants are no longer defendants and hence this County document has no relevance while it may be cause undue prejudice to plaintiff's case. | |
| 209. | Order for Release | | |

00039504.WPD