1  **ROBERT MANN**, CSB 48293
   **DONALD W. COOK**, CSB 116666
2  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA  90010
   doncook@earthlink.net
4  Telephone: (213) 252-9444; Fax: (213) 252-0091

5  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual, | Case No. CV05-5525 AHM (SHx) |
| Plaintiff, | **JOINT STATEMENT OF THE CASE** |
| vs. | Trial: 2/10/09<br>Time: 8:00 a.m.<br>Ctrm: 14 |
| CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a local public entity; COUNTY OF LOS ANGELES, a local public entity, LOS ANGELES SHERIFF'S DEPARTMENT, a local public entity; ANTHONY W. BATTS; Long Beach Officers SKEEN (#6060), MARTIN (#7123), VANDEN BOSCH (#006064), and DOES 1 through 10, | Pretrial: 1/26/09<br>Time: 11:00 a.m.<br>Ctrm: 14 |
| Defendants. | |

TO THE HON. A. HOWARD MATZ, UNITED STATES DISTRICT JUDGE:

The parties hereto submit a joint statement of the case.

DATED: January 12, 2009

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiff

By_____
Donald W. Cook

DATED: January 12, 2009

**ROBERT E. SHANNON, City Attorney**
Attorneys for Defendants
CITY OF LONG BEACH, BATTS,
SKEEN, MARTIN and VANDEN BOSCH

By_____
Monte Machit
Deputy City Attorney

## STATEMENT OF THE CASE

This is a civil lawsuit. The plaintiff is Jerome Leslie Clemmons. The defendants are the City of Long Beach, Long Beach police department, and Long Beach police officers Anthony W. Batts, Officer K. Skeen, Officer S. Vanden Bosch, and M. Martin.

On June 28, 2004, Long Beach police officers arrested plaintiff in the City of Long Beach. Plaintiff was booked into the Long Beach jail on a felony warrant, and was later transported to the Long Beach Superior Court. From the court Plaintiff was transferred to the Los Angeles County jail. On July 19, 2004, or about three weeks after his arrest, a court ordered his release from custody because he was not the person described on the felony warrant.

Plaintiff has sued the defendants, claiming he was (1) wrongfully arrested on June 28, 2004, by Long Beach police officers, and then (2) wrongfully incarcerated for three weeks on a warrant that did not pertain to him. Plaintiff is seeking money damages arising from his arrest and three weeks incarceration.

The defendants deny that plaintiff was wrongfully arrested. Defendants also contend that they acted reasonably in concluding that plaintiff was the person described in the felony warrant, and that they had no choice but to hold plaintiff in jail until the court ordered his release.

If selected to serve on the jury, you will be asked to decide if defendants are liable to plaintiff and, if so, what amount of damages, if any, to award plaintiff.