**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010

(213) 252-9444 phone / (213) 252-0091 fax
e-mail: doncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a local public entity; COUNTY OF LOS ANGELES, a local public entity, LOS ANGELES SHERIFF'S DEPARTMENT, a local public entity; ANTHONY W. BATTS; Long Beach Officers SKEEN (#6060), MARTIN (#7123), VANDEN BOSCH (#006064), and DOES 1 through 10,<br><br>        Defendants. | Case No. CV 05-5525 AHM (SHx)<br><br>**JOINT EXHIBIT LIST**<br><br>Pretrial:    1/26/09<br>Time:        11:00 a.m.<br>Ctrm:        14<br><br>Trial date:  2/10/09<br>Time:        8:00 a.m.<br>Place:       Ctrm. 14 |

TO THE HON. A. HOWARD MATZ, JUDGE OF THE UNITED STATES DISTRICT COURT:

    The parties hereto submit their joint exhibit list, excluding those exhibits which may be used for impeachment or rebuttal.

00039503.WPD

1  DATED: January 12, 2009

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiff

By_____
Donald W. Cook

7  DATED: January 12, 2009

**ROBERT E. SHANNON, City Attorney**
Attorneys for Defendants
CITY OF LONG BEACH, BATTS,
SKEEN, MARTIN and VANDEN BOSCH

By_____
Monte Machit
Deputy City Attorney

-2-

*Plaintiff's Exhibits*

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | LASD AJIS computer printout re Jerome Clemmons | _____ | _____ |
| 2. | LA County Booking & Property Record (2 pages) | _____ | _____ |
| 3. | Long Beach property receipt signed by Jerome L. Clemmons | _____ | _____ |
| 4. | Jerome Clemmons Disabled Identification | _____ | _____ |
| 5. | CWS Warrant Abstract James Clemmons | _____ | _____ |
| 6. | Long Beach 6/28/04 CAD printout | _____ | _____ |
| 7. | Fingerprint Card - Jerome Clemmons | _____ | _____ |
| 8. | 6/28/04 CLETS printout re Jerome L. Clemmons | _____ | _____ |
| 9. | CII Printout re Jerome L. Clemmons | _____ | _____ |
| 10. | Probation Report filed 7/19/04 | _____ | _____ |
| 11. | Long Beach Training Bulletin | _____ | _____ |
| 12. | Jerome Clemmons' LA County booking jacket | _____ | _____ |
| 13. | LA County Disputed Warrant Verification Logs | _____ | _____ |

00039503.WPD

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 14. | LA County AJIS print-out for WDEF releases | _____ | _____ |
| 15. | 7/19/04 Superior Court Minute Order | _____ | _____ |
| 16. | CCHR Jerome Leslie Clemmons | _____ | _____ |
| 17. | CCHR James Clemmons | _____ | _____ |
| 18. | CII Printout re James Clemmons | _____ | _____ |

*Long Beach Exhibits*

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 201. | Unit History - calls for service | _____ | _____ |
| 202. | Long Beach Arrest Report | _____ | _____ |
| 203. | Long Beach Booking & Property Record | _____ | _____ |
| 204. | Warrant Abstract | _____ | _____ |
| 205. | Long Beach Booking/Record Form | _____ | _____ |
| 206. | Court Docket dated 6/28/04 and 7/19/04 | _____ | _____ |
| 207. | Remand Order of Superior Court | _____ | _____ |
| 208. | 2004 Disputed warrant Log Book | _____ | _____ |
| 209. | Order for Release | _____ | _____ |