**ROBERT MANN** CSB #48293
**DONALD W. COOK** CSB #116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
manncook@earthlink.net

(213) 252-9444 phone; (213) 252-0091 fax

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a local public entity; etc., et al.,<br><br>Defendants. | Case No. CV05-5525 AHM (SHx)<br><br>**NOTICE OF LODGING OF PROPOSED PRETRIAL CONFERENCE ORDER**<br><br>PTC: 1/26/09<br>Trial: 2/10/09 |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that plaintiff hereby lodges the proposed Final Pretrial Conference Order, submitted as an attachment to this Notice per General Order 88-2, Part VI(A).

DATED: January 13, 2009

**ROBERT MANN
DONALD W. COOK**
Attorneys for Plaintiff

By_____
Donald W. Cook

00039529.WPD