# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF INDIANA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual, on his behalf and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a local public entity; COUNTY OF LOS ANGELES, a local public entity, LOS ANGELES SHERIFF'S DEPARTMENT, a local public entity, ANTHONY W. BATTS, an individual, Long Beach Officers SKEEN (#60660), MARTIN (#7123), VANDEN BOSCH (#006064), and DOES 1 through 10,,<br><br>Defendants. | Case No.: CV05-5525 AHM (SHx)<br>*(Exempt from Filing Fees pursuant to Government Code §6103)*<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE NO. 1**<br><br>FPTC Date:      Jan 26, 2009<br>Trial Date:      Feb. 10, 2009<br>Complaint Filed: August 3, 2005 |

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby GRANTS Defendants' Motion In Limine No. 1, prohibiting Plaintiff, his counsel or witnesses, from mentioning, referring to, or referencing, in any fashion, John Fairley and/or his lawsuit against the city of Long Beach, during any phase of the trial while in the presence of the jury.

DATED: _____     _____
                                        HON. A. HOWARD MATZ