ROBERT E. SHANNON, City Attorney
MONTE H. MACHIT, Principal Deputy City Attorney
State Bar No. 140692
333 West Ocean Boulevard
Long Beach, California 90802-4664

Telephone: (562) 570-2200

Attorneys for Defendants, CITY OF LONG BEACH, LONG BEACH POLICE DEPARTMENT, ANTHONY W. BATTS, OFFICER K. SKEEN, OFFICER S. VANDEN BOSCH, and M. MARTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual, on his behalf and as class representative, <br><br>    Plaintiff, <br><br> vs. <br><br> CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a local public entity; COUNTY OF LOS ANGELES, a local public entity, LOS ANGELES SHERIFF'S DEPARTMENT, a local public entity; ANTHONY W. BATTS, an individual; Long Beach Officers SKEEN (#6060), MARTIN (#7123), VANDEN BOSCH (#006064), and DOES 1 through 10, <br><br>    Defendants. | Case No. CV05-5525 AHM (SHx) <br><br> **DEFENDANTS' CITY OF LONG BEACH'S PROPOSED VOIR DIRE OF PROSPECTIVE JURORS** <br><br><br> FPTC Date: April 6, 2009 <br> Time: 11:00 a.m. <br> Courtroom: 14 <br><br> Trial Date: April 21, 2009 |

COMES NOW, Defendants, and request that the Court make inquires of prospective jurors in the following areas:

1. What are your feeling about law enforcement agencies such as the Long beach Police department?

1

2. Has any prospective juror had any experience or interaction with the Long Beach Police Department? If so, please describe.

3. How has that experience affected your feelings toward the Long Beach Police Department

4. Has any prospective juror had any experience or interaction with any law enforcement agency? If so, please describe that experience.

5. How has that experience affected your feelings toward law enforcement in general?

6. Has any prospective juror, a family member or close friend been arrested? If so, please describe the situation.

7. If any prospective juror, a family member or close friend has been arrested, do you believe the person arrested was arrested unfairly or treated unfairly? If so, please explain.

8. Has any prospective juror's family or close friends had any experience with the Los Angeles County Men's Central Jail . If so, please describe.

9. How has that experience affected your feelings toward the Los Angeles County Men's Central Jail?

10. What are your feeling towards persons who are required to serve time in jail?

Robert E. Shannon
City Attorney of Long Beach
333 West Ocean Boulevard
Long Beach, California 90802-4664
Telephone (562) 570-2200

11. Does any prospective juror's family or close friends currently work with, or has worked in the past with, law enforcement? If so, please describe.

12. Does any prospective juror believe that a lawsuit must have merit if it is not dismissed by the Court before trial?

13. Has any prospective juror had a strong positive or negative experience with the City of Long Beach or any local municipality? If so, describe.

14. How has that experience affected your attitude toward the City of Long Beach or local municipality?

15. What are your feeling about homeless persons?

16. The Plaintiff in this case was mistaken for another person listed on an arrest warrant. To prevail in this action, the Plaintiff must prove certain facts beyond the fact that he was mistakenly arrested. Will you be able to hold the Plaintiff to his burden of proof as instructed by this Court with the knowledge that Plaintiff was mistakenly arrested?

17. Has any prospective juror, family member or close friend been a plaintiff or defendant in a lawsuit? If so, please describe the circumstances.

18. Do any jurors regularly listen to talk radio programs? If so, what talk radio programs do you like to listen to?

19. Has any juror served with any branch of the military? If so, please describe

Robert E. Shannon
City Attorney of Long Beach
333 West Ocean Boulevard
Long Beach, California 90802-4664
Telephone (562) 570-2200

**DEFENDANTS' CITY OF LONG BEACH'S
PROPOSED VOIR DIRE OF PROSPECTIVE JURORS**

1 | your military experience.

3 | DATED: April 2, 2009

                            ROBERT E. SHANNON, City Attorney

                            By      /S/
                            MONTE H. MACHIT,
                            Principal Deputy City Attorney
                            Attorneys for Defendants CITY OF LONG BEACH, BATTS, SKEEN, MARTIN and VANDEN BOSCH

*Robert E. Shannon*
*City Attorney of Long Beach*
*333 West Ocean Boulevard*
*Long Beach, California 90802-4664*
*Telephone (562) 570-2200*

4

**DEFENDANTS' CITY OF LONG BEACH'S
PROPOSED VOIR DIRE OF PROSPECTIVE JURORS**