1 **ROBERT MANN** CSB #48293
**DONALD W. COOK** CSB #116666
2 ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
3 Los Angeles, CA 90010
manncook@earthlink.net
4
(213) 252-9444 phone; (213) 252-0091 fax
5
Attorneys for Plaintiff
6

7

8 # UNITED STATES DISTRICT COURT
9 # CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LESLIE CLEMMONS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, etc., et al.,<br><br>Defendants. | Case No. CV05-5525 AHM (SHx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>PTC: 4/6/09<br>Time: 11:00 a.m.<br>Ctrm: 14<br><br>Trial date: 4/21/09 |

TO THE HON. A. HOWARD MATZ, UNITED STATES DISTRICT JUDGE:

Plaintiff hereby advises the Court that plaintiff and the remaining defendants (City of Long Beach, Long Beach Police Department, Anthony W. Batts, Long Beach Officers K. Skeen, Officer S. Vanden Bosch, and M. Martin) have reached a tentative settlement. That is, plaintiff has accepted defendants' settlement offer which is subject to approval by the Long Beach City Council. Counsel for the Long Beach defendants foresees no difficulty in obtaining council approval and further advises that he expects the settlement will be finalized (*i.e.,* obtain final council approval) in about 60 days.

///

///

///

00043134.WPD

1  DATED: April 2, 2009

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiff

By_____
       Donald W. Cook