JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEROME LESLIE CLEMMONS, | ) | CASE NO. CV05-5525-AHM (SHx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| CITY OF LONG BEACH, et al., | ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) ) ) | |

  The Court having been advised by the parties that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to request a status conference to reopen this action if settlement is not consummated.

  IT IS SO ORDERED.

Date: April 3, 2009

              _____
             A. Howard Matz
             United States District Court Judge

JS - 6